IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE WOLK LAW FIRM, *et al.* :
:
v. :
: CIVIL ACTION NO. 2:14-cv-5184(CMR)
UNITED STATES OF AMERICA, :
NATIONAL TRANSPORTATION SAFETY :
BOARD

FILED
OCT 27 2014

## STIPULATION TO HOLD THIS MATTER IN ABEYANCE FOR THIRTY DAYS

1. This matter arises from the investigations of several civil aircraft crashes by the United States of America, National Transportation Safety Board ("NTSB").

2. Plaintiffs' Complaint seeks injunctive relief with respect to the NTSB's investigation of five separate aircraft crashes: the "Kelly/Jenny" matter, the "Haber" matter, the "Mow" matter, the "Gamble" matter and the "N110EB" matter.

3. On October 10, 2014, Defendant moved to dismiss the Complaint.

4. Plaintiffs' response is due on October 24, 2014.

5. The Parties seek to hold this matter in abeyance while potential resolution is discussed.

6. The Parties agree that the NTSB has already produced requested materials for the "Kelly/Jenny" crash, and that matter is no longer at issue.

7. The Wolk Law Firm, attorneys for and on behalf of the other plaintiffs, has reached an amicable agreement in principle with the NTSB regarding the "Haber" matter, the "Mow" matter and the "N110EB" matter, and the Parties expect these three matters to be resolved within thirty (30) days.

8. The Parties agree that during the next thirty (30) days the NTSB will communicate the status of the ongoing investigation in the "Gamble" matter with the goal of reaching a mutual agreement regarding the requested materials and/or evidence.

IT IS THEREFORE STIPULATED AND AGREED that this litigation will be held in abeyance for thirty (30) days; and it is

FURTHER STIPULATED that at the conclusion of the thirty (30) days abeyance, Plaintiffs will have an additional fourteen (14) days to either withdraw individual Plaintiffs from this litigation upon the receipt of the materials sought from the NTSB; to respond to the NTSB's Motion to Dismiss for the Plaintiff(s) remaining in the action (if any); or to enter into an additional stipulation with the NTSB.

IT IS SO STIPULATED THIS 24th day of October, 2014.

/s/ John J. Gagliano
John J. Gagliano, Esquire
THE WOLK LAW FIRM
1710-12 Locust Street
Philadelphia, PA 19103
(215) 545-4220
Fax: (215) 545-5252
jgagliano@airlaw.com
courtfilings@airlaw.com
*Attorney for Plaintiffs*

and

/s/ Stacey L.B. Smith
Stacey L.B. Smith, Esquire
Assistant United States Attorney
United States Attorney's Office,
 Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8348
Fax: (215) 861-8618
Stacey.Smith@usdoj.gov

APPROVED and so ORDERED
this 27th day of October 2014:

*Cynthia M. Rufe* [signature]

Cynthia M. Rufe, J.