IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE WOLK LAW FIRM, *et al.* | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 2:14-cv-5184(CMR) |
| UNITED STATES OF AMERICA NATIONAL TRANSPORTATION SAFETY BOARD | : |
| Defendant. | : |

FILED
DEC 1 2 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## PLAINTIFF LINDA JENNY'S STIPULATION OF DISMISSAL

1. Plaintiff Linda Jenny, individually and as executrix of the Estate of David Jenny brought this action against the United States of America National Transportation Safety Board ("NTSB") for injunctive relief for the production of information, documents and evidence related to a plane crash that occurred on July 27, 2013 that killed Plaintiff's decedent David Jenny. (Doc. 1).

2. Plaintiff Linda Jenny and the NTSB reached an agreement about the production of information, documents and evidence and the NTSB has produced information, documents and evidence as agreed. (Doc. 5).

IT IS THEREFORE STIPULATED AND AGREED that this litigation is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Plaintiff Linda Jenny's claims only, with each party to bear its own costs.

IT IS SO STIPULATED THIS 8th day of December, 2014

**APPROVED and so ORDERED
this 12th day of December 2014:**

_____
Cynthia M. Rufe, J.

*/s/ John J. Gagliano*
John J. Gagliano, Esquire
THE WOLK LAW FIRM
1710-12 Locust Street
Philadelphia, PA 19103

(215) 545-4220
Fax: (215) 545-5252
jgagliano@airlaw.com
courtfilings@airlaw.com
*Attorney for Plaintiffs*

and

*/s/ Stacey L.B. Smith*
Stacey L.B. Smith, Esquire
Assistant United States Attorney
United States Attorney's Office,
 Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8348
Fax: (215) 861-8618
Stacey.Smith@usdoj.gov

IT IS SO ORDERED BY THE COURT this _____ day of December, 2014.

_____
HONORABLE CYNTHIA M. RUFE
*Judge, United States District Court*