IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE WOLK LAW FIRM, *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION NO. 2:14-cv-5184(CMR) |
| v. : | |
| : | |
| UNITED STATES OF AMERICA : | |
| NATIONAL TRANSPORTATION : | |
| SAFETY BOARD : | |
| : | |
| Defendant. : | |

## STIPULATION OF DISMISSAL

1. Plaintiffs brought this action against the United States of America National Transportation Safety Board ("NTSB") for injunctive relief for the production of information, documents and evidence related to the NTSB's investigation of several airplane crashes. (Doc. 1).

2. Individual Plaintiffs Vincent Mow, Linda Jenny and Catherine Kelly reached amicable resolutions with the NTSB and previously dismissed their claims. (Docs. 13, 14, 15).

3. The remaining Plaintiffs have reached amicable resolutions with the NTSB for the release of information, documents and evidence.

IT IS THEREFORE STIPULATED AND AGREED that this litigation is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1(b), with each party to bear its own costs.

IT IS SO STIPULATED THIS 2nd day of February, 2015

                                                */s/ John J. Gagliano*
                                                John J. Gagliano, Esquire
THE WOLK LAW FIRM
1710-12 Locust Street
Philadelphia, PA  19103
(215) 545-4220
Fax: (215) 545-5252
jgagliano@airlaw.com
courtfilings@airlaw.com
*Attorney for Plaintiffs*

and

*/s/ Stacey L.B. Smith*
Stacey L.B. Smith, Esquire
Assistant United States Attorney
United States Attorney's Office,
 Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8348
Fax: (215) 861-8618
Stacey.Smith@usdoj.gov

IT IS SO ORDERED BY THE COURT this _____ day of February, 2015.

                                                HONORABLE CYNTHIA M. RUFE
                                                *Judge, United States District Court*